DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
11 JUNE 2014

| 152P14 | State v. Montreall Lavell Banner | 1. Def's NOA Based Upon a Constitutional Question (COA13-563) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 154P14 | State v. Cornell Lee Shelton | 1. Def's *Pro Se* Motion for PDR (COA13-945) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 168P14 | State v. Kevin Michael King | Def's Motion for Temporary Stay (COA13-1118) | Allowed **05/22/2014** |
| 170P14 | State v. Shawn Rondel Bailey | Motion for Temporary Stay | Allowed **06/05/2014** |
| 171P14 | State v. Lisa Starnes Morgan | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-1227) | Denied |
| 172P11-2 | State v. Kevin Errol Smith | Def's *Pro Se* Motion to Dismiss for Improper Pleading | Dismissed |
| 183A14 | State v. Tiyoun Jimek Jackson | 1. State's Motion for Temporary Stay (COA13-743) | 1. Allowed **06/06/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **06/06/2014** |
| | | 3. State's NOA Based Upon a Dissent | 3. — |
| 184P14 | State v. Richard Shane Davis | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **06/06/2014** |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **06/09/2014** |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot **06/09/2014** |
| 186P14 | In the Matter of: R.R.N. | Petitioner's Motion for Temporary Stay | Allowed |
| 187P14* | In the Matter of: J.C.B., C.R.R., H.F.R. | Petitioner's Motion for Temporary Stay | Allowed **06/10/2014** |